**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* <br><br> HELLAS TELECOMMUNICATIONS (LUXEMBOURG) II SCA, <br><br> Debtor in a Foreign Proceeding | Chapter 15 <br><br> Case No. 12-10631 (MG) |
| ANDREW LAWRENCE HOSKING and BRUCE MACKAY, in their capacity as joint compulsory liquidators and duly authorized foreign representatives of HELLAS TELECOMMUNICATIONS (LUXEMBOURG) II S.C.A., <br><br>                Plaintiffs, <br><br> -against- <br><br> TPG CAPITAL MANAGEMENT, L.P., *et al.*, <br><br>                Defendants. | Adv. Pro. No. 14-01848 (MG) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO WITHDRAW**
**THE REFERENCE TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure and Rule 5011-1 of the Local Rules of the Bankruptcy Court, and upon the accompanying declaration of Michele L. Angell and exhibits thereto and the accompanying memorandum of law, all defendants (the "Defendants") in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through their undersigned attorneys, hereby move the United States District Court for the Southern District of New York (the "District Court") for entry of an order withdrawing the reference of this Adversary Proceeding to the United States Bankruptcy Court for the Southern District of New York, and for such other and further relief as the District Court deems just and proper.

The Defendants have made no prior request to any court for the relief requested by this

Motion.  The Defendants respectfully request oral argument on this Motion.

Dated: New York, New York
 February 1, 2016

                                            Respectfully submitted,

By: /s/ Paul M. O'Connor III

Paul M. O'Connor III
(poconnor@kasowitz.com)
Andrew K. Glenn (aglenn@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10016
Telephone:  (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for the TPG Defendants*

By: /s/ Wayne S. Flick

Wayne S. Flick (wayne.s.flick@lw.com)
Amy C. Quartarolo (amy.quartarolo@lw.com)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for the TCW Defendants*

By: /s/ Robert S. Fischler

Robert S. Fischler
(robert.fischler@ropesgray.com)
Stephen Moeller-Sally (ssally@ropesgray.com)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for Apax Partners, L.P.*

By: /s/ Kevin J. Burke

Kevin J. Burke (kburke@cahill.com)
Charles A. Gilman (cgilman@cahill.com)
Peter J. Linken (plinken@cahill.com)
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005-1702
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Attorneys for Deutsche Bank AG*

To Counsel for Plaintiffs:

Howard Seife, Esq.
Andrew Rosenblatt, Esq.
Marc D. Ashley, Esq.
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, New York 10019 - 6022
(212) 408-5100

Alexander H. Schmidt, Esq.
Jeremy Cohen, Esq.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Alan A.B. McDowell, Esq.
SCHWARTZ SLADKUS REICH ET AL. LLP
270 Madison Avenue
New York, NY 10016
(212) 743-7000